**No. 55178.**—Henry H. Harteveldt et al. *v.* United States, protests 111738–K, etc. (New York).

Opinion by Lawrence, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than $\%_0$ of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra.*

**No. 55179.**—Croton Watch Co., Inc., et al. *v.* United States, protests 164677–K, etc. (New York).

Opinion by Lawrence, J. The protests were dismissed.

**No. 55180.**—Audrey Import Co., Inc., et al. *v.* United States, protests 498814–G, etc. (New York).

Opinion by Rao, J. The protests were dismissed.

**No. 55181.**—Hemisphere International Corp. *v.* United States, protest 162550–K (A) (New York).

Opinion by Ford, J. The protest was dismissed.